UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY L. MOORE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE ARCHITECT OF THE CAPITOL,<br><br>Defendant. | Civil Case No. 10-1470 (RJL)<br><br>**FILED**<br>DEC 14 2011<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 12th day of December, 2011, hereby

**ORDERED** that the defendant's Motion to Dismiss [#11] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** without prejudice.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge